## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(___ Amended _____)

| Case No. | CR 05-806 DSF | Date | 5/9/11 |
|---|---|---|---|

Present: The Honorable   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Debra Plato | Pamela Batalo | Mark Aveis/Bonnie Hobbs |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 2) Yi Qing Chen | ☒ | ☐ | Michael R. Belter | ☐ | ☐ | ☒ | Eddie Yip, Cantonese |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐   **Contested**   ☒   **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

_____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   X   Refer to separate Judgment Order.

_____ Imprisonment for ___Years/months___ on each of counts

_____ Count(s) _____ concurrent/consecutive to count(s) _____

_____ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

_____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

_____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

_____ years/months Supervised Release/Probation imposed on count(s) _____

consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

_____ Perform _____ hours of community service.

_____ Serve _____ in a CCC/CTC.

_____ Pay $_____ fine amounts & times determined by P/O.

_____ Make $_____ restitution in amounts & times determined by P/O.

_____ Participate in a program for treatment of narcotic/alcohol addiction.

Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

_____ Other conditions: _____

Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

_____ Pay $_____ per count, special assessment to the United States for a total of _____   $_____

_____ Imprisonment for ___months/years___ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within _____days/months_____ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

_____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

_____ Defendant informed of right to appeal.

_____ ORDER sentencing transcript for Sentencing Commission.   _____ Processed statement of reasons.

_____ Bond exonerated   _____ upon surrender   _____ upon service of _____

_____ Execution of sentence is stayed until 12 noon, _____

at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

_____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

_____ Issued Remand/Release _____ # _____

_____ Present bond to continue as bond on appeal.   _____ Appeal bond set at   $_____

_____ Filed and distributed judgment.  ENTERED.

_____ Other _____

_____ : ___20___

Initials of Deputy Clerk   dp

cc: