# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>2) YI QING CHEN,<br>    Defendant. | No. CR 05-806-2 DSF<br><br>ORDER DENYING DEFENDANT'S APPLICATION TO SEAL DOCUMENTS (Dkt. 413) |

    Defendant seeks to seal 71 pages of documents on the grounds that "[s]everal of the included documents include private information, such as Mr. Chen's family's home address as well as his sensitive medical information."  This is insufficient justification for an under seal filing; the application is denied.  Counsel should submit a request to seal the medical records as a separate exhibit.  Records containing PII should be filed as a separate exhibit for public view with the PII redacted.  Unredacted copies should be provided with an application for a sealed filing.  All other documents should be filed as one or more exhibits for public view.

    IT IS SO ORDERED.

Date: April 8, 2021

                                              Dale S. Fischer<br>                                              United States District Judge